IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RAYVERN THOMAS                                                                       PLAINTIFF

V.                                    NO: 2:17CV00158 JLH

ARKANSAS DEPARTMENT
OF CORRECTION, *et al*.                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE